**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 LAQUAN WILLIAMS,

                                    Plaintiff,

         -against-                                                          26 **CIVIL** 1322 (LLS)

                                                                          **JUDGMENT**

UNITED STATES OF AMERICA,

                                    Defendant.
-----------------------------------------------------------------X

         It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 29, 2026, this action, filed *in forma pauperis* under 28

U.S.C. § 1915(a)(1), is dismissed for lack of subject matter jurisdiction. *See* Fed. R. Civ. P.

12(h)(3).

**Dated:** New York, New York

         May 4, 2026

                                                            **TAMMI M. HELLWIG**
                                                   _____
                                                            **Clerk of Court**

                                                            K. mango
                              **BY:**
                                                   _____
                                                            **Deputy Clerk**